# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

BILLY JOE BLEDSOE,
ADC #090894                                                              PETITIONER

v.                              No. 5:17-cv-78-DPM

WENDY KELLEY,* Director,
Arkansas Department of Correction                                        RESPONDENT

## ORDER

1. The Court withdraws the reference.

2. Motion to voluntarily dismiss, № 4, granted. Bledsoe's petition will be dismissed without prejudice. All other pending motions are denied as moot. No certificate of appealability will issue. 28 U.S.C. § 2253(c).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

25 April 2017

---

*The Court directs the Clerk to correct the spelling of Director Kelley's name on the docket.