IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BILLY JOE BLEDSOE,
ADC #090894                                                              PETITIONER

v.                              No. 5:17-cv-78-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                        RESPONDENT

JUDGMENT

Bledsoe's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

25 April 2017